No. 85–518.   PINCKARD ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–520.   HOLWAY *v.* BURGER, CHIEF JUSTICE OF THE UNITED STATES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–543.   MORENO *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 85–564.   PROVENZANO ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–565.   WOODSIDE, EXECUTOR OF THE ESTATE OF WOODSIDE *v.* HOERNER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–580.   MARTORANO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–582.   SPARROW *v.* DEVINE, DIRECTOR, U. S. OFFICE OF PERSONNEL MANAGEMENT, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–593.   PAPPANIKOLAOU ET AL. *v.* SECRETARY OF THE ARMY.   C. A. 2d Cir.   Certiorari denied.

No. 85–5001.   MCCRARY, AKA EVANS *v.* FRANKLIN STATE BANK.   Sup. Ct. N. J.   Certiorari denied.

No. 85–5017.   WIGLEY *v.* FLORIDA. ' Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 85–5034.   APPOLONEY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–5056.   MITCHELL *v.* DAVIS, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 85–5090.   SMITH *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 85–5107.   BURTON *v.* REED ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–5145.   MULLADY *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.